*Olt*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Lawrence Coleman
                                           )
                              Plaintiff,   )    **08CV3709**
                                           )    **JUDGE DER-YEGHIAYAN**
           Vs.                             )    **MAGISTRATE JUDGE MASON**
                                           )
Dr. Partha Ghosh                           )
                             Defendant,  )

### NOTICE OF FILING

**FILED**

JUN 8 0 2008 **TC**
Jun 30 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**To**: Dr. Partha Ghosh                 **To**: Michael W. Dobbins
     Medical Director, Stateville            Clerk of the Court
     Stateville Correctional Center          prisoner correspondence
     P.O. Box 112                            219 S. Dearborn St.
     Joliet, IL. 60434-0112                  Chicago, Il. 60604

PLSEAE TAKE NOTICE that on the 30 day of June , 2008 I have

filed with the Court an original and 3 copies and also one copy upon the defendant, of the

following: Motion for Appointment of Counsel and a complaint under the Civil Rights

Act pursuant to 42 U.S.C. 1983.

*Lawrence Coleman*
Lawrence Coleman R-01069
Pro-Se
P.O. Box 112
Joliet, Il 60434-0112

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn upon oath deposes and states that all of the

above mentioned documents were placed in the U.S. Mail box on 219 S. Dearborn street

Chicago, Il. this 30 day of June , 2008 by Teresa Coleman

his Mother .

*Lawrence Coleman*
Lawrence Coleman R-01069

I