

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kristina D. Brown* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>X Kristina Brown   7/7/08 |
| 1. Article Addressed to: 08C3709<br><br>**IDOC Chief of Legal Services**<br>**Illinois Department of Corrections**<br>**100 West Randolph Street - 4-200**<br>**Chicago, IL 60601** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED JUL 14 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 4290 8690 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08c03709