UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

LAWRENCE COLEMAN )
    PLAINTIFF )
) CASE NO: 08C 3709
) AUG 1 8 2008
-VS- ) 
) MICHAEL W. DOBBINS
DR. PARTHA GHOSH ) CLERK, U.S. DISTRICT COURT
    DEFENDANT ) PRESIDING JUDGE:
) HONORABLE SAMUEL DER-YEGHIAYAN

### NOTICE OF FILING

TO: Dr. Partha Ghosh
IDOC. Chief of legal service
Ill. Department of Corrections
100 West Randolph Street 4-200
Chicago, Illinois 60601

TO: Dr. Partha Ghosh
Med. Director, Stateville
Correctional Center
P.O. BOX 112
Joliet, Ill. 60434-0112

TO: Michael W. Dobbins
Clerk of the Court
Prisoner Corr.
U.S. District Court
219 S. Dearborn
Chicago, Ill 60604

<u>**PLEASE TAKE NOTICE,**</u> that on _14th_ day of _August_ 2008, I have had cause to serve <u>SUMMONS AND COMPLAINT</u> to the above named parties, and to file with the Clerk of the above mentioned Court the attached <u>RETURN OF SERVICE,</u> and a copy is hereby served upon you.

### CERTIFICATE OF SERVICE

The undersigned being first duly sworn upon oath, deposes and states that on 8/14/08 I have summons the above named parties by mail, and filed to the Clerk the attached return of service by placing said documents in the U.S. mail at the Stateville Correctional Center, P.O. BOX 112, Joliet, Illinois 60434, with postage pre-paid.

/SS/ _Lawrence Coleman_
LAWRENCE COLEMAN

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ *Lawrence Coleman* | DATE *8/14/08* |
| NAME OF SERVER (Print) *LAWRENCE COLEMAN* | TITLE *Plantiff* |

Check one box below to indicate appropriate method of service:

F I L E D
AUG 1 8 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted: _____

[✓] Other (specify): *U.S. Mail at the Stateville Corr. Ctr. Serviced Summons to Defendant, and Defendant(s) Attorney (2) Copies*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES *U.S. Postal Service* | TOTAL *Pre-Paid Postage* |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *8/14/08*    *Lawrence Coleman*
             Date            Signature of Server

*P.O. Box 112, Joliet, Ill. 60434-0112*
Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
### Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Lawrence Coleman
Plantiff

vs.

Partha Ghosh
Defendant

**CASE NUMBER:** 08-cv-3709
**JUDGE:** Der-Yeghiayan

TO: Partha Ghosh

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name: Lawrence Coleman
R-01069
Stateville - STV
Address: P.O. Box 112
City: Joliet, IL 60434

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk
By: Enjoli Fletcher
Deputy Clerk

Dated: August 7, 2008