UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE COLEMAN #R01069 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 3709 |
| | ) | Judge Der-Yeghiayan |
| DR. PARTHA GHOSH | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

To:   Lawrence Coleman  #R01069
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Il 60434

## NOTICE OF MOTION

On September 10, 2008, at 9:00 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in the courtroom usually occupied by  in Courtroom 1903 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion to Dismiss

**Name:**  CHARYSH & SCHROEDER, LTD.          **Attorney for:**  Defendant Ghosh
**Address:** 33 North Dearborn,                **City:** Chicago
**Telephone:**  (312) 372-8338                 **Atty:** 18314

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the foregoing documents on all attorneys of record via electronic notification to EFC participants, and by U.S. Mail to non-EFC participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 3, 2008.

By: s/ Richard A. Tjepkema
Attorney for Defendants